IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NATIONAL UNION FIRE INSURANCE                                                          PLAINTIFF
COMPANY OF PITTSBURGH, PA

v.                                       No. 5:10CV00313 JLH

PRODUCERS RICE MILL, INC., and
LIBERTY MUTUAL INSURANCE COMPANY                                                    DEFENDANTS

## ORDER

Scott Clevenger of Clevenger & Ray, local counsel for National Union Fire Insurance Company of Pittsburgh, PA, has filed motions for admission *pro hac vice* of Amy P. Klie, Mary F. Licari, and Richard H. Nicolaides, Jr.  The motions are GRANTED.  Documents #3, #4, and #5.  Amy P. Klie, Mary F. Licari, and Richard H. Nicolaides, Jr., are hereby admitted to appear before this Court as co-counsel in this action for plaintiff.

IT IS SO ORDERED this 18th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE