**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

NATIONAL UNION FIRE INSURANCE                                                   PLAINTIFF
COMPANY OF PITTSBURGH, PA

v.                                        No. 5:10CV00313 JLH

PRODUCERS RICE MILL, INC.; and
LIBERTY MUTUAL INSURANCE COMPANY                                              DEFENDANTS

**ORDER**

National Union Fire Insurance Company of Pittsburgh, PA, has filed a stipulation of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In this instance, the opposing parties have not filed either an answer or a motion for summary judgment. Therefore, this action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

IT IS SO ORDERED this 3rd day of December, 2010.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE